UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

## Exhibit List

Exhibit A – Documentation of anxiety, stress, and emotional distress

Exhibit B – Plaintiff's dispute letter sent to NASA-FCU

Exhibit C – NASA-FCU's refusal letter

Exhibit D – Credit denial applications and rejection letters

7