I and O diabetes consultants LLC • 230 MITCHELL ST SUITE B, MILLSBORO DE 19966-0121
VERLUS, Kenny (id #2642, dob: 10/07/1988)

I & O DIABETES CONSULTANTS
230 MITCHELL ST SUITE B
MILLSBORO, DE 19966-0121
Phone: (302) 853-0268, Fax: (833) 875-0113

Date: 04/29/2025

Dear Kenny Verlus,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MIESHIA S. CLARK, NP, S

# Patient Care Summary for Kenny Verlus

## Most Recent Encounter
04/29/2025 Mieshia Staples Clark: 230 Mitchell St Suite B, Millsboro, DE 19966-0121, Ph. tel:+1-302-8530268

### Reason for Visit
anxiety
New Client-Stress, Anxiety, Depression

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
1. Emotional stress
2. Moderate major depression
3. Anxiety
• anxiety disorder: care instructions
• learning about anxiety disorders

Discussion Note: None recorded.

### Plan of Care
**Reminders**

| | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |

I and O diabetes consultants LLC • 230 MITCHELL ST SUITE B, MILLSBORO DE 19966-0121
VERLUS, Kenny (id #2642, dob: 10/07/1988)

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 04/29/2025 | Emotional Stress; Moderate Major Depression; Anxiety | Mieshia Staples Clark, NP, S: 230 Mitchell St Suite B, Millsboro, DE 19966-0121, Ph. (302) 853-0268 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 10/07/1988 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Never Married |

Contact:    20 Walden Square Rd Apt 511, Cambridge, MA 02140-3402, Ph. tel:+1-857-2850915

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.