Exhibit b

| Contents | Sent To: |
|---|---|
| Kenny Verlus NASA Federal Credit Union.pdf | NASA Federal Credit Union, 500 Prince Georges Blvd., Upper Marlboro MD 20774, United States<br>**Estimated Delivery:** July 28, 2025 |

Kenny Verlus
20 Walden Square road apt. 511
Cambridge, Ma 02140
Date: July 21.2025
Account number 612038****

NASA Federal Credit Union
500 Prince Georges Blvd. Upper Marlboro, MD 20774

Direct Dispute – Inaccurate and Incomplete Credit Reporting

To Whom It May Concern,

I am writing to formally dispute the accuracy and completeness of the account your institution has reported to the credit reporting agencies in my name. The information you are furnishing is inaccurate and incomplete, and therefore in violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2) and the Consumer Data Industry Association's Metro 2 guidelines for accurate reporting.

Specifically, I demand that you provide me with the following information for the account you are reporting:

1. The alleged Date of First Delinquency (DOFD).
2. The complete payment history from account opening through the present.
3. The current reported balance.
4. The current status of the account (open, closed, charged off, transferred, etc.).

This request is being made because the information you furnished to the credit bureaus does not match across all agencies, and in some cases is reporting in a way that is misleading and incomplete. Such reporting is causing me ongoing harm, including denial of credit opportunities and reputational damage.

You are required by law to ensure maximum accuracy when furnishing consumer information. If you cannot validate and document each of the items requested above, you must immediately correct the record or request deletion of the tradeline from the credit reporting agencies.

Please provide me with written documentation verifying the accuracy of the data you furnished. If you cannot, then you must cease reporting this inaccurate information.

Sincerely,
Kenny Verlus