

Exhibit C

LSNOD    **KENNY VERLUS**
12 WALDEN SQUARE RD APT 315
CAMBRIDGE, Massachusetts 02140-3410

Dear KENNY VERLUS,

NASA Federal Credit Union has received your letter dated 7/25/2025, which appears to dispute reported information regarding your loan relationship with us with one or more consumer reporting agencies.

We are unable to consider your request due to insufficient information. Please provide us with the following so we may investigate further:

**The reason you believe the information we are reporting is incorrect and/or how you believe it should be reported.**

Once the requested information is provided, we will reinvestigate your claims. Thank you for your membership with NASA Federal Credit Union. We appreciate your business and look forward to being of service for your financial needs.

Sincerely,


Loan Servicing
NASA Federal Credit Union



LSNOD0922



Kenny Verlus
20 Walden Square Rd Apt 511
Cambridge MA 02140-3410

 

**KENNY VERLUS**
Account Number:   XXXX-XXXX-XXXX-8623

Statement Closing Date:
September 23, 2021

**Concerned about data privacy & identity theft?** Enroll in **ID Navigator** powered by **NortonLifeLock.**™

Visit **nasafcu.com/ID-Navigator** to enroll today!

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $ 0.00 |
| Payments | - | 0.00 |
| Other Credits | - | 0.00 |
| Other Debits | + | 0.00 |
| Purchases | + | 7,378.78 |
| Cash Advances | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 0.00 |
| NEW BALANCE | | $ 7,378.78 |
| Credit Limit | | $ 7,500.00 |
| Available Credit | | $ 121.22 |
| Available Cash | | $ 121.22 |
| Statement Closing Date | | 09/23/21 |
| Days in Billing Cycle | | 31 |

| Payment Information | |
|---|---|
| New Balance | $ 7,378.78 |
| Minimum Payment Due | $ 147.00 |
| Payment Due Date | 10/18/21 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00 and your APR's may be increased up to the penalty APR of 18.00%.

**Please Be Advised:** If you pay less than the required minimum payment amount, finance charges will continue to accrue on any shortage and the total that you pay in finance charges may be greater than the finance charge described in your VISA Cardholder Agreements.

**PLATINUM ADVANTAGE REWARDS**

Total Points Balance* 7,379
*Includes all householded cards

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 Years | $14,993 |
| $253 | 3 Years | $9,108 (Savings = $5,885) |

If you would like information about credit counseling services, call (866) 791-4360.

NOTICE: Page 1 of 3

---

PLEASE DETACH COUPON AND RETURN PAYMENT USING THE ENCLOSED ENVELOPE - ALLOW 5 DAYS FOR MAIL DELIVERY

NASA FCU
PO Box 1778
Bowie, MD 20717-1778



| Account Number |
|---|
| XXXX-XXXX-XXXX-8623 |

Check box to indicate name/address change on back of this coupon ☐

AMOUNT OF PAYMENT ENCLOSED

$ _____.__

| Closing Date | New Balance | Minimum Payment Due | Payment Due Date |
|---|---|---|---|
| 09/23/21 | $7,378.78 | $147.00 | 10/18/21 |

MAKE CHECK PAYABLE TO:

KENNY VERLUS
12 WALDEN SQUARE RD APT 315
CAMBRIDGE MA 02140-3410

NASA FCU
PO Box 1660
Bowie, MD 20717-1660

29000006120387 00014700 00737878

**IMPORTANT INFORMATION**

**Interest Charge Calculation Methods (ICM) and Computation of Balance Subject to Interest Rate.** The Interest Charge Calculation Method applicable to your account for Cash Advances and Credit Purchases of goods and services that you obtain through the use of your card is specified on the front side of this statement and explained below:

**Method A - Average Daily Balance (including new transactions).** The Interest Charge on purchases begins from the date the transaction is posted to your account, and the Interest Charge on cash advances begins from the date you obtained the cash advance, or the first day of the billing cycle in which it is posted to your account, whichever is later. There is no grace period.

The Interest Charges for a billing cycle are computed by applying the Periodic Rate to the "average daily balance" of your account. To get the average daily balance, we take the beginning balance of your account each day, add any new purchases or cash advances, and subtract any payments, credits, non-accruing fees and unpaid interest charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.

**Method G - Average Daily Balance (including new transactions).** To avoid incurring additional Interest Charges on the balance of purchases (and cash advances, if Method G is specified as applicable to cash advances) reflected on your monthly statement and, on any new purchases (and if applicable, cash advances) appearing on your next monthly statement, you must pay the entire "New Balance" in full, shown on your monthly statement, on or before the Payment Due Date.

The Interest Charges for a billing cycle are computed by applying the Periodic Rate to the "average daily balance" of purchases (and if applicable, cash advances). To get the average daily balance, we take the beginning balance of your account each day, add any new purchases or cash advances, and subtract any payments, credits, non-accruing fees, and unpaid interest charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the average daily balance.

**Payment Crediting and Credit Balance.** Payments received by 5PM at the location specified on the front of the statement after the phrase "Please Mail Your Payment To:" will be credited as of the date of receipt to the account specified on the payment coupon. Payments made in person during normal business hours at branch locations where such payments are accepted will be treated as received on the same day. Payments that do not conform to the requirements set forth on or with the periodic statement (e.g. missing payment stub, payment envelope other than as provided with your statement, multiple checks or multiple coupons in the same envelope) may be subject to delay in crediting, but shall be credited within five days of receipt. If there is a credit balance due on your account, you may request, in writing, a full refund. Submit your request to the address indicated on the front of this statement after the phrase "Please send Billing Inquiries and Correspondence to".

By sending your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. The original check will be destroyed and we will retain the image in our records. If you have questions please call the customer service number on the front of this billing statement.

**Closing Date.** The closing date is the last day of the billing cycle; all transactions received after the closing date will appear on your next statement.

**Annual Fee.** If your account has been assessed an annual fee, you may avoid paying this annual fee by sending written notification of termination within 30 days following the mailing date of this bill, to the address listed on the front of this statement after the phrase "Please send Billing Inquiries and Correspondence to:" You may use your card(s) during this 30 day period but immediately thereafter must send your card(s), which you have cut in half to this same address.

**Negative Credit Reports.** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the address shown on the front of this billing statement after the phrase "Please send Billing Inquiries...to": In your letter, give us the following information:

- <u>Account Information:</u>   Your name and account number.
- <u>Dollar Amount:</u>   The dollar amount of the suspected error.
- <u>Description of Problem:</u>   If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**<u>Your Rights If You Are Dissatisfied With Your Credit Card Purchases</u>**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.
   (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing (or electronically) at the address shown on the front of this billing statement following the phrase "Please send Billing Inquiries...to":

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

---

Please provide a legal document evidencing your name change, such as a court document.
Please use blue or black ink to complete form

**NAME CHANGE**   Last   [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

First [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]   Middle [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**ADDRESS CHANGE**   Street   [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

[ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

[ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

City [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]   State [ ] [ ]   ZIP Code [ ] [ ] [ ] [ ] [ ]

Home Phone ( [ ] [ ] [ ] ) [ ] [ ] [ ] - [ ] [ ] [ ] [ ]   [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]




**KENNY VERLUS**
**Account Number:**   XXXX-XXXX-XXXX-8623

Statement Closing Date:
September 23, 2021



VIP Cardmember Service: (888) NASA-FCU (627-2328)
Report Lost or Stolen Card: (888) NASA-FCU (627-2328)

Please send Billing Inquiries and Correspondence to:
PO BOX 1778, BOWIE, MD 20717-1778

View and Manage your Account at:
nasafcu.com and log into eBranch

Please Mail Your Payments to:
NASA FCU, PO Box 1660, BOWIE, MD 20717-1660

### Transactions

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 09/06 | 09/07 | 24492151249894728187835 | PAYPAL *CARINEV8 402-935-7733 CA | 4,733.70 |
| 09/07 | 09/08 | 24906411250129741681835 | YSI*Highpoint 617-3285056 MA | 1,615.78 |
| 09/12 | 09/12 | 24492151255894020851469 | PAYPAL *CARINEV8 402-935-7733 CA | 1,029.30 |

### Fees

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| | |
|---|---|
| Interest Charged on Purchases | 0.00 |
| Interest Charged on Cash Advances | 0.00 |
| Interest Charged on Balance Transfers | 0.00 |
| **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

### 2021 Totals Year To Date

| | |
|---|---|
| Total Fees Charged in 2021 | $ 0.00 |
| Total Interest Charged in 2021 | $ 0.00 |
| Total Interest Paid in 2021 | $ 0.00 |

### Interest Charge Calculation/Plan Level Information

| Plan Description | ICM[1] | Balance Subject to Interest Rate | Periodic Rate[2] | Annual Percentage Rate (APR)[3] | Interest Charge |
|---|---|---|---|---|---|
| PURCHASES | G | $0.00 | .035342% (D) | 12.900%(v) | $0.00 |
| CASH ADVANCES | A | $0.00 | .040821% (D) | 14.900%(v) | $0.00 |
| BALANCE TRANSFERS | A | $0.00 | .035342% (D) | 12.900%(v) | $0.00 |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Periodic Rate (D) = Daily
[3] Your Annual Percentage Rate (APR) is the annual interest rate on your account.
(V) = Variable Rate. indicates variable rate. If you have a variable rate account, the periodic rate and Annual Percentage Rate (APR) may vary.

**0000612038 VERLUS,KENNY Loan 90: VISA PLATINUM REWARDS [4705172030848623] Transaction Summary**     **03/17/2022**

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2022 | L 90 | 02/23/2022 | Fee Advance | 35.00 | 35.00 | 0.00 | 0.00 | 7,759.16 | Late Fee | -8,046.77 |
| 01/23/2022 | L 90 | 01/23/2022 | Fee Advance | 25.00 | 25.00 | 0.00 | 0.00 | 7,724.16 | Late Fee | -7,939.55 |
| 12/31/2021 | L 90 | 12/31/2021 | Fee Advance | 25.72 | 25.72 | 0.00 | 0.00 | 7,699.16 | CreditProtection | -7,913.83 |
| 12/23/2021 | L 90 | 12/23/2021 | Fee Advance | 35.00 | 35.00 | 0.00 | 0.00 | 7,673.44 | Late Fee | -7,799.26 |
| 11/30/2021 | L 90 | 11/30/2021 | Fee Advance | 25.27 | 25.27 | 0.00 | 0.00 | 7,638.44 | CreditProtection | -273.99 |
| 11/23/2021 | L 90 | 11/23/2021 | Fee Advance | 35.00 | 35.00 | 0.00 | 0.00 | 7,613.17 | Late Fee | -156.77 |
| 10/31/2021 | L 90 | 10/31/2021 | Fee Advance | 24.80 | 24.80 | 0.00 | 0.00 | 7,578.17 | CreditProtection | -131.97 |
| 10/23/2021 | L 90 | 10/23/2021 | Fee Advance | 25.00 | 25.00 | 0.00 | 0.00 | 7,553.37 | Late Fee | -28.37 |
| 10/23/2021 | L 90 | [10/22/2021] | Credit Card A... %% Card 97 #0848623 Date 10/22/21 24492151295894021380445 8999 PAYPAL *ANTHONYALEX 402-935-7733 CA | 60.00 | 60.00 | 0.00 | 0.00 | 7,528.37 | | 31.63 |
| 10/15/2021 | L 90 | 10/15/2021 | Credit Card A... %% Card 97 #0848623 Date 10/14/21 24492151288894650167583 5734 PAYPAL *MICROSOFT XBOX 402-935-7733 WA | 10.61 | 10.61 | 0.00 | 0.00 | 7,468.37 | | 42.24 |
| 10/09/2021 | L 90 | 10/09/2021 | Credit Card A... %% Card 97 #0848623 Date 10/08/21 24767891281344300628648 7230 NAIL BAR AND MED SPA QUINCY MA | 55.00 | 55.00 | 0.00 | 0.00 | 7,457.76 | | 97.24 |
| 09/30/2021 | L 90 | 09/30/2021 | Fee Advance | 23.98 | 23.98 | 0.00 | 0.00 | 7,402.76 | CreditProtection | 121.22 |
| 09/13/2021 | L 90 | [09/12/2021] | Credit Card A... %% Card 97 #0848623 Date 09/12/21 24492151255894020851469 8999 PAYPAL *CARINEV8 402-935-7733 CA | 1,029.30 | 1,029.30 | 0.00 | 0.00 | 7,378.78 | | 1,150.52 |
| 09/08/2021 | L 90 | 09/08/2021 | Credit Card A... %% Card 97 #0848623 Date 09/07/21 24906411250129741681835 6513 YSI*Highpoint 617-3285056 MA | 1,615.78 | 1,615.78 | 0.00 | 0.00 | 6,349.48 | | 2,766.30 |
| 09/07/2021 | L 90 | 09/07/2021 | Credit Card A... %% Card 97 #0848623 Date 09/06/21 24492151249894728187835 8999 PAYPAL *CARINEV8 402-935-7733 CA | 4,733.70 | 4,733.70 | 0.00 | 0.00 | 4,733.70 | | 7,500.00 |