4/30/2025

KENNY VERLUS

20 WALDEN SQUARE RD APT 511

CAMBRIDGE, MA 02140

RE: Reference Number PQ01AA9J93QRWF

Dear KENNY VERLUS,

Thank you for contacting Credit One Bank. We are unable to approve your application at this time for the reason(s) listed below:

Our credit decision was based in whole or in part on information obtained in a credit report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we denied credit to you. You also have a right to a free copy of your credit report from the consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Reporting Agency used: Experian, P.O. Box 2002, Allen, TX, 75013, 1-888-397-3742, www.experian.com/reportaccess

If you have additional questions, please call Customer Service at 877-825-3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).

Sincerely,

Credit One Bank, N.A.

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

P.O. Box 98873, Las Vegas, NV 89193-8873    P 877-825-3242